| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan, SBN 165174**<br>**Anthony B. Vigil, SBN 259597**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>anthony@doanlawfirm.com<br><br>☒ Attorney for Debtors<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**DEC 15 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ngo      DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 8:07-bk-12889-TA |
| In re:<br><br>Sylvia Eva Haner<br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on _____08/14/2009_____ as docket entry number _____24_____ and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐    GRANTED           ☐    DENIED

☒    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐    GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 3015-1.14**

| In re:<br>Sylvia Eva Haner | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:07-bk-12889-TA |

☐ Set for Hearing on _____ at _____.

###

DATED: December 15, 2009

*Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| Sylvia Eva Haner | CASE NUMBER 8:07-bk-12889-TA |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**635 Camino de Los Mares, Ste. 100, San Clemente, CA 92673**

A true and correct copy of the foregoing document described <u>ORDER ON CHAPTER 13 DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On     10/14/2009     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Hon. Theodor C. Albert
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/14/2009 | Michael Breeden | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| Sylvia Eva Haner | CASE NUMBER 8:07-bk-12889-TA |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Sylvia Eva Haner
10800 Dale Ave SP 304
Stanton, CA 90680

eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

FDS Bank / Macy's
TSYS Debt MGMT, Inc.
PO Box 137
Columbus, GA 31902-0137

LVNV Funding, LLC.
(its Successors and Assigns as Assignee CitiBank)
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Wells Fargo
PO Box 29704
Phoenix, AZ 85038

Chevron Credit Bank, N.A.
2001 Diamond Blvd
Concord, CA 94524-0010

Capital One Bank
C/O TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Union Bank of California
Loss Recovery Unit M-711
PO Box 85643
San Diego, CA 92186-5443

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 5*                                                          F 3015-1.14

| In re:<br><br>Sylvia Eva Haner<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 8:07-bk-12889-TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER ON CHAPTER 13 DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of            10/14/2009            , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
Amrane Cohen, Chapter 13 Trustee: efile@ch13ac.com
Office of the US Trustee- Santa Ana: ustpregion16.sa.ecf@usdoj.gov
John H Kim (Creditor Wells Fargo Auto Finance, Inc.):  jkim@cookseylaw.com
Gregory J. Doan: ecf@doanlaw.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| Sylvia Eva Haner | CASE NUMBER 8:07-bk-12889-TA |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Sylvia Eva Haner
10800 Dale Ave SP 304
Stanton, CA 90680

eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

FDS Bank / Macy's
TSYS Debt MGMT, Inc.
PO Box 137
Columbus, GA 31902-0137

LVNV Funding, LLC.
(its Successors and Assigns as Assignee CitiBank)
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Wells Fargo
PO Box 29704
Phoenix, AZ 85038

Chevron Credit Bank, N.A.
2001 Diamond Blvd
Concord, CA 94524-0010

Capital One Bank
C/O TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Union Bank of California
Loss Recovery Unit M-711
PO Box 85643
San Diego, CA 92186-5443

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14