| | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>770 The City Drive South, Suite 3300<br>Orange, CA 92868<br>Phone: (714) 621-0200  Fax (714) 621-0277<br><br><br><br>Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br>CASE NUMBER 8:07-bk-12889-TA |
| In re:<br><br>SYLVIA EVA HANER<br><br>Debtor(s). | **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on ____**1/21/10**_____ as docket entry number _____**32**_____, provides the following response to the Application:

☒      RECOMMENDED  Allow supplemental fees of $522.00.  Attorney is to file declaration re: non-receipt of objection to motion to modify  and – if appropriate- file an order reflecting this recommendation.

☐      RECOMMENDED on the following conditions:
_____
_____
_____ ☐  See attached sheet.

☐      NOT RECOMMENDED for the following reasons:
_____
_____
_____ ☐  See attached sheet.

☐      NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐      SET FOR HEARING.


Dated:  3/5/2010__                           /S/_____
                                             Amrane Cohen, Chapter 13 Trustee

| In re:  SYLVIA EVA HANER | | CHAPTER  13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:07-bk-12889-TA |

| In re: SYLVIA EVA HANER | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:07-bk-12889-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3300, Orange, CA 92868

A true and correct copy of the foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/9/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  3/9/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SYLVIA EVA HANER
10800 DALE AVE SP 304
STANTON, CA 90680

GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. THEODOR C. ALBERT

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/9/10 | Juan Santillan | | /S/ |
|---|---|---|---|
| *Date* | *Type Name* | | *Signature* |